IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> JOHN R. ASHCROFT, in his official capacity as Secretary of State of Missouri, and DOUGLAS M. JACOBY, in his official capacity as Missouri Securities Commissioner, <br><br> Defendants. | CASE NO: 2:23-cv-04154-SRB |

**CERTIFICATE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURES AND FIRST DISCOVERY REQUESTS TO PLAINTIFF**

This certifies that I have this day caused:

- *Defendants' Fed. R. Civ. P. 26(a)(1) Initial Disclosures;*

- *Defendants' First Fed. R. Civ. P. 26 Requests for Admission to Plaintiff;*

- *Defendants' First Fed. R. Civ. P. 33 Interrogatories to Plaintiff*; and,

- *Defendants' First Fed. R. Civ. P. 34 Requests for the Production of Documents to Plaintiff,*

to be served on Plaintiff via electronic mail to its counsel of record:

| | |
|---|---|
| William Ray Price, Jr. (# 29142MO) <br> Angela B. Kennedy (# 69167MO) <br> **ARMSTRONG TEASDALE LLP** <br> 101 East High Street <br> First Floor <br> Jefferson City, MO 65101 <br><br> Jason S. Pinney (*pro hac vice*) <br> David C. Boch (*pro hac vice*) <br> Jeff Goldman (*pro hac vice*) <br> Matthew D. O'Keefe (*pro hac vice*) | Michael E. Kenneally (*pro hac vice*) <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> 1111 Pennsylvania Avenue NW <br> Washington, DC 20004 <br><br> Vanessa M. Brown (*pro hac vice*) <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> 2222 Market Street <br> Philadelphia, PA 19103 |

**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110


Dated: January 29, 2024

Respectfully Submitted,

**GRAVES GARRETT GREIM**
*/s/ Matthew R. Mueller*
Edward D. Greim
Missouri Bar No. 54034
James M. Humphrey
Missouri Bar No. 50200
Matthew R. Mueller
Missouri Bar No. 70263
Jackson C. Tyler
Missouri Bar No. 73115
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
mmueller@gravesgarrett.com

*Counsel for Defendants*