IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>JOHN ASHCROFT, et al.,  )<br>)<br>Defendants.  ) | Case No. 23-cv-04154-SRB |

## **ORDER**

Before the Court is a Joint Motion for Entry of Final Judgment. (Doc. #134.) Upon review, the motion is GRANTED.

On August 14, 2024, the Court granted Plaintiff Securities Industry and Financial Markets Association's ("Plaintiff") Motion for Summary Judgment, and awarded injunctive and declaratory relief in Plaintiff's favor. Subsequently, Plaintiff filed a motion for attorneys' fees and expenses pursuant to 42 U.S.C. § 1988 as the prevailing party. Defendants John R. Ashcroft and Douglas M. Jacoby ("Defendants") also filed a notice of appeal of the Court's summary judgment order. However, on September 27, 2024, the parties submitted a joint stipulation for attorneys' fees, which included a proposal that Plaintiff would receive $500,000.00 in attorneys' fees, with no award of costs or expenses contingent upon Defendants dismissing their appeal with prejudice. On September 30, 2024, the Court adopted the parties' joint stipulation for attorneys' fees and directed the parties to move for final judgment within ten (10) days after the fee award is paid and the Eighth Circuit dismisses the appeal.

The parties now provide that on "October 3, 2024, Defendants deposited a payment in the amount of $500,000.00 to Armstrong Teasdale LLP, as counsel for [Plaintiff], in accordance

with the parties' stipulation and in full satisfaction of all amounts Defendants owe to [Plaintiff] in connection with this litigation." (Doc. #134, p. 3.) Further, on "October 7, 2024, the Eighth Circuit granted Defendants' motion to dismiss their appeal with prejudice . . . and issued its appellate mandate." (Doc. #134, p. 3.)

Therefore, for good cause shown and pursuant to Federal Rule of Civil Procedure 58(d), the motion is GRANTED. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff and against Defendants consistent with the Court's Amended Summary Judgment Order (ECF #117). Further, the Court ADOPTS the parties' stipulation to an award of $500,000.00 in attorneys' fees and acknowledges that Defendants have fully and completely satisfied the attorneys' fee award based on the October 3, 2024, payment to Armstrong Teasdale LLP.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: October 17, 2024